UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81340-CIV-ZLOCH

LUIS SIERRA,

        Plaintiff,

vs.

**FINAL ORDER OF DISMISSAL**

SUNSET CENTRES OF SOUTH FLORIDA
LIMITED PARTNERSHIP,

        Defendant.
_____/

    THIS MATTER is before the Court upon the Stipulation Of Dismissal With Prejudice (DE 16), filed herein by all remaining Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Stipulation Of Dismissal With Prejudice (DE 16) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of September, 2016.

                                     */s/ William J. Zloch*
                                     WILLIAM J. ZLOCH
                                     United States District Judge

Copies furnished:

All Counsel of Record